February 11, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

DAVID J. POWERS, Appellant

NO. 14-13-00732-CV                    V.

TEXAS WORKFORCE COMMISSION, STEPHANIE A. BREWSTER, JOYCE
A. GREEN, MICHAEL A. MCNAIR AND CHAD WALL, Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on May 21, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, David J. Powers.

We further order this decision certified below for observance.